IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAG OF HOLDINGS, LLC,<br>            Plaintiff,<br><br>            v.<br><br>CITY OF PHILADELPHIA and<br>KENYATTA JOHNSON,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  14-6774 |

## O R D E R

**AND NOW**, this 3rd day of March, 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 39), Plaintiff's Response in Opposition thereto (ECF No. 44), Defendant's Reply in Support thereof (ECF No. 49), Plaintiff's Motion for Summary Judgment (ECF No. 37), Defendant's Response in Opposition thereto (ECF No. 47), Plaintiff's Reply in Support thereof (ECF No. 50), and oral argument held on February 1, 2016, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant and **AGAINST** Plaintiff.

The Clerk of the Court is directed to close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**